```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/12/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Rodriguesz,

        Plaintiff,

–v–

Caridad Sea Food Corp. et al.,

        Defendants.

21-cv-6849 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court is referring this case to Magistrate Judge Cott for general pre-trial purposes.

The pre-trial conference conference scheduled for November 12, 2021, is canceled.

SO ORDERED.

Dated: November 12, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge

1