# SACCO & FILLAS LLP

3119 Newtown Ave., 7th Fl  Tel: 718-269-2243
Astoria, NY 11104  CTucker@SaccoFillas.com

November 20, 2023

**VIA ECF**
Hon. Arun Subramanian
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

      Re:      *Rodriguez et al v. Caridad Sea Food Restaurant Corp. et al*
      CASE #:      1:21-cv-06849-AJN

Your Honor:

      This office represents Plaintiff. The parties jointly submit this letter pursuant to the Court's November 17, 2023, order. ECF No. 71. The parties completed discovery and mediation. The parties are still engaged in settlement discussions and have made significant progress since the mediation. To avoid a breakdown in settlement discussions, the parties respectfully request an **extension of two (2) weeks to December 4, 2023 submit a pre-motion and/or pre-trial letter.**

      We thank the Court for the time and attention to this matter.

      Respectfully submitted,

      By:    */s/ Clifford Tucker*
           Clifford Tucker, Esq.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: November 21, 2023