UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ENERIA RODRIGUEZ, et al., <br><br>                          Plaintiffs, <br><br> -against- <br><br> CARIDAD SEA FOOD RESTAURANT CORP., et al., <br><br>                          Defendants. | 21-cv-6849 (AS) <br><br> ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      On December 11, 2023, this Court ordered the corporate defendant to secure new counsel by January 12, 2024. To date, no new lawyer has entered an appearance for the corporate defendant. By January 17, 2024, at 5:00 p.m., the parties shall submit a joint letter updating the Court on the status of this case.

      SO ORDERED.

Dated: January 16, 2024
       New York, New York

                                                  ARUN SUBRAMANIAN
                                                  United States District Judge