UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ENERIA RODRIGUEZ et al.,<br><br>      Plaintiffs,<br><br>  -against-<br><br>CARIDAD SEA FOOD RESTAURANT CORP. et al.,<br><br>      Defendants. | 21-cv-6849 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  This case was filed on August 13, 2021. Dkt. 1. As it appears on the docket, the last discovery extension set the close of discovery for August 18, 2023. Dkt. 67. In December 2023, counsel for Defendants withdrew, and the Court set a deadline for new corporate counsel to be obtained. Dkt. 79. Counsel was not retained by that deadline, and Plaintiffs indicated that they would file for summary and default judgment. Dkt. 84. A week later, new counsel appeared for Defendants. Dkt. 86. Since then, there has been no activity on the docket.

  By February 28, 2024, at 5:00 p.m., the parties shall submit a joint letter, not to exceed two pages, updating the Court on the status of this case and proposing a briefing schedule for summary-judgment or other motions. In addition, the parties should address whether there is any reason for the case to continue to be marked "Stayed" on ECF, as it is now.

  SO ORDERED.

Dated: February 26, 2024
   New York, New York

                       ARUN SUBRAMANIAN
                       United States District Judge