# THE LAW OFFICES OF MARTIN E. RESTITUYO, P.C.
1325 Avenue of the Americas, 28th Floor, New York, New York 10019

Martin E. Restituyo
Tel: 212-729-7900
Fax: 212-729-7490
restituyo@restituyolaw.com

April 23, 2024

The Court grants the request and accepts the filing.

**VIA ECF**

SO ORDERED.

Honorable Arun Subramanian
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15A
New York, New York 10007

Arun Subramanian, U.S.D.J.
Date: April 23, 2024

Re:   *Rodriguez v. Caridad Sea Food Restaurant Corp. et al.,*
      CA No. 1:21-cv-06849-AS-JLC

Dear Judge Subramanian:

This firm represents the defendants in the above-referenced matter. Earlier this morning, in the wee hours, we filed defendants' opposition to the plaintiff's motion for summary judgment. This filing was late. It was due yesterday. We respectfully request that the court please accept this late submission.

We understand the gravity of this delay and apologize profusely. Moreover, to the extent that the Court wishes to issue an admonition or sanction we respectfully request that it be issued against counsel, and not the defendants, who are not responsible for this tardiness.

Lastly, while we don't expect the lateness of this filing to cause a change in the remaining briefing schedule, we would not oppose any Court modification thereto or a plaintiff's request for additional time.

Thus, for the reasons stated herein, we respectfully request that the Court accept defendants' opposition to the plaintiff's motion for summary judgment filed earlier today.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

Martin E. Restituyo

cc:   All Counsel Via ECF