# SACCO & FILLAS LLP

31-19 Newtown Ave., 7th Floor                          Phone: 718-269-2243
Astoria, New York 11102                          CTucker@SaccoFillas.com

October 23, 2024

**VIA ECF**

Hon. Arun Subramanian
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

The October 28th conference is CANCELED. The Court will address the pending motion to withdraw at the Final Pretrial Conference, scheduled for November 4, 2024. Prior to that hearing, the parties must meet and confer in person or over video conference for at least one hour on the pending motion and settlement.

The Clerk of Court is directed to terminate the motion at Dkt. 128.

Re:        *Rodriguez et al v. Caridad Sea Food Restaurant Corp. et al*
CASE #:        1:21-cv-06849-AJN

SO ORDERED.

Arun Subramanian, U.S.D.J.
Dated: October 23, 2024

Dear Judge Arun Subramanian,

I am writing to respectfully request an adjournment of the appearance scheduled for October 28, 2024, in the above-referenced matter. On that date, I am required to appear in person for a hearing in the case Khan v. Port Washington Hospitality LLC et al, Case No. 2:24-cv-01064-JMA-SIL, at the U.S. District Court for the Eastern District of New York, located at 100 Federal Plaza, Central Islip, NY 11722, at 12:00 p.m.

Given the distance between the courthouses and the scheduling conflict, I respectfully request that the appearance in this matter be adjourned to October 30 or October 31, 2024, or to another date that is convenient for the Court.

Thank you for your consideration of this request.

Respectfully submitted,

By: _____/s/ Clifford Tucker_____
            Clifford Tucker, Esq.