# SACCO & FILLAS LLP

31-19 Newtown Ave., 7th Floor	Phone: 718-269-2243
Astoria, New York 11102	CTucker@SaccoFillas.com

November 13, 2024

VIA ECF
Hon. Arun Subramanian
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street,
New York, New York 10007

> The request is GRANTED. However, the Court hopes that in light of the hard work the parties have put into this case so far, they will work together to expeditiously resolve this case. The Court will be very reluctant to grant any further extensions.
>
> The Clerk of Court is directed to terminate the motion at Dkt. 134.
>
> SO ORDERED.
>
> Arun Subramanian, U.S.D.J.
> Dated: November 14, 2024

Re:     *Rodriguez et al v. Caridad Sea Food Restaurant Corp. et al*
Case No.     1:21-cv-06849-AJN

Dear Judge Subramanian,

We represent the Plaintiff in the above-referenced matter. We write to respectfully request an extension of the deadline for the parties to finalize a settlement agreement, from currently due today, November 13, 2024, to November 20, 2024.

Counsel for Plaintiff and Defendants have exchanged drafts of the settlement agreement, and we are currently in the process of reviewing the proposed redlines. To ensure that all concerns are adequately addressed and that the final document reflects the full intentions of the parties, we respectfully request an additional week to finalize the settlement agreement for submission for final Court approval. This is the first request for the extension of this deadline.

Thank you for Your Honor's attention to this matter.

Respectfully submitted,

By: */s/ Clifford R. Tucker*
Clifford R. Tucker, Esq.