UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ENERIA RODRIGUEZ,<br><br>                Plaintiff,<br><br>-against-<br><br>CARIDAD SEA FOOD RESTAURANT CORP et al.,<br><br>                Defendants. | 21-cv-6849 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

    As the parties have dismissed all remaining claims, *see* Dkt. 142-1, the Clerk of Court is directed to close this case.

    SO ORDERED.

Dated: March 21, 2025
       New York, New York

                                                ARUN SUBRAMANIAN
                                                United States District Judge